936

No. 75–1102. Bowen, dba Suburbia News Delivery Service, et al. v. New York News, Inc., et al.   C. A. 2d Cir.   Certiorari denied.

No. 75–1103. Local Union No. 2–477, Oil, Chemical & Atomic Workers International Union v. Continental Oil Co.   C. A. 10th Cir.   Certiorari denied.

No. 75–1110. Buffa v. United States.   C. A. 6th Cir.   Certiorari denied.

No. 75–1121. United States Lines, Inc. v. Shellman.   C. A. 9th Cir.   Certiorari denied.

No. 75–1156. Danning, Trustee, et al. v. Loeffler, Trustee.   C. A. 9th Cir.   Certiorari denied.

No. 75–1160. D'Angelo, President, Louisiana Board of Pharmacy, et al. v. Webb et al.   C. A. 5th Cir.   Certiorari denied.

No. 75–1171. LaSalle National Bank, Trustee v. County Board of School Trustees of DuPage County et al.   Sup. Ct. Ill.   Certiorari denied.

No. 75–1173. Gatto, Administrator v. Calumet Flexicore Corp. et al.   Sup. Ct. Ill.   Certiorari denied.

No. 75–1178. Indelicato v. New York State Board of Parole.   C. A. 2d Cir.   Certiorari denied.

No. 75–1202. A. L. v. G. R. H.   Ct. App. Ind.   Certiorari denied.